IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA          §
                                  §
v.                                §    NO. 1:22CR 108
                                  §    Judge: Heartfield
JEFFREY ALAN STURROCK             §

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

## INDICTMENT

NOV 0 2 2022

THE UNITED STATES GRAND JURY CHARGES:

BY
DEPUTY_____

### Count One

Violation: 18 U.S.C. § 922(a)(6) (False
Statement to a Firearms Dealer)

On or about March 29, 2022, in the Eastern District of Texas, **Jeffrey Alan**

**Sturrock**, defendant, in connection with the acquisition of a Ruger, Model: Vaquero, .45

caliber revolver, bearing serial number 58-73128, from the Lake Area Pawn Shop, a

licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States

Code, knowingly made a false and fictitious written statement to the Lake Area Pawn

Shop, which statement was intended and likely to deceive the Lake Area Pawn Shop as to

a fact material to the lawfulness of the sale of the firearm to the defendant under chapter

44 of Title 18, in that the defendant represented that he was not under indictment for a

felony.

All in violation of 18 U.S.C. Section 922(a)(6) and 924(a)(2).

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

Russell E. James
Assistant United States Attorney

11/2/22

Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA    §
                            §
                            §
                            §
v.                          §    NO. 1:22CR108
                            §
JEFFREY ALAN STURROCK       §

## NOTICE OF PENALTY

### Count One

Violation:          18 U.S.C. § 922(a)(6)

Penalty:            Imprisonment of not more than ten (10) years; a fine not to
                    exceed $250,000, or twice the pecuniary gain to the defendant
                    or loss to the victim; or both imprisonment and a fine; and a
                    term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00

**Notice of Penalty-Page 1**